# Notice Recipients

District/Off: 1126–2    User: admin    Date Created: 8/25/2021
Case: 21–01996–DSC13    Form ID: pdf008    Total: 16

**Recipients of Notice of Electronic Filing:**
tr          Bradford W. Caraway         ctmail@ch13bham.com
aty         Ted Stuckenschneider, P.C   ts@stuckenlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Thomas H. Jackson, IV       5890 Whitewood Circle       Hoover, AL 35244
10722672    Alabama Power Co            PO Box 2641                 Birmingham, AL 35291–0625
10722673    Amazon.com          c/o Sychrony Bank       170 Election Road #125      Draper, UT 84020
10722675    American Express    PO Box 981537           El Paso, TX 79998–1537
10722674    American Express    c/o Midland Credit      350 Camino De La Reina #100     San Diego, CA 92108
10722676    Barclays Bank       PO Box 8801             Wilmington, DE 19899–8801
10722670    Best Buy            South Corporate Place   Mail Code 234       Sioux Falls, SD 57108
10722677    Colonial Grand Apartments   MAA d/b/a)      100 Riverchase Trail        Hoover, AL 35244
10722678    Comenity Capital Bank       Attn Bankruptcy Dept        PO Box 183043       Columbus, OH 43218–3043
10722679    FedLoan Servicing   US Dept of Education    PO Box 69184        Harrisburg, PA 17106
10722671    Internal Revenue Service    Bankruptcy Cases    PO Box 7346     Philadelphia, PA 19101–7346
10722680    JP Morgan Chase     201 N. Walnut Street 9th Fl     Wilmington, DE 19801
10722681    PayPal      c/o Sychrony Bank       170 Election Road #125      Draper, UT 84020
10722682    T–Mobile    Bankruptcy Team         PO Box 53410        Bellevue, WA 98015–5341

TOTAL: 14