UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE: THOMAS H. JACKSON, IV, ) CASE NO. 21-01996
SSN: XXX-XX-4686 )
) CHAPTER 13
)
Debtor. )

**EMPLOYEE INCOME RECORDS**

| | | | | | | |
|---|---|---|---|---|---|---|
| Methodist Home of Alabama & NW Florida<br>1520 Cooper Hill Road<br>Birmingham, AL 35210 | | | | Advice No<br>Date<br>7/2/2021 | | Amount<br>823.80 |

Pay

## Eight Hundred Twenty Three AND 80/100 DOLLARS

| | | | | |
|---|---|---|---|---|
| TO THE<br>ORDER<br>OF | Thomas H Jackson<br>5890 Whitewood Circle<br>Hoover, AL 35244 | Bank Routing No<br>XXXXX<br>XXXXX<br>XXXX<br>XXXXX<br>XXXX | Bank Account No<br>XXXXX<br>XXXXX<br>XXXXX<br>XXXXX<br>XXXXX | Payment Amount<br>420.00<br>168.80<br>135.00<br>44.00<br>26.00 |

## Direct Deposit Only
## Non-Negotiable

| | | | | |
|---|---|---|---|---|
| Methodist Home of<br>Alabama & NW<br>Florida | 1520 Cooper Hill Road | Birmingham, AL 35210 | | Phone: -10001 |
| Thomas H Jackson | MethodistHome<br>DEPARTMENT | 6/20/2021-6/26/2021<br>PAY PERIOD | 7/2/2021<br>PAY DATE | ADVICE NO |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Planned PTO | | | 3,240.03 | Alabama Regular IT | 43.69 | 1,168.34 |
| Regular | 40.00 | 1,092.73 | 26,040.87 | Birmingham CT, Alabama Regular IT | 10.29 | 277.99 |
| | | | | Federal Regular Income Tax | 72.23 | 2,196.18 |
| | | | | Federal Regular Medicare Tax | 14.92 | 403.06 |
| | | | | Federal Regular Social Security Tax | 63.78 | 1,723.33 |
| | | | | BCBSEnh Employee Deduction | 43.19 | 964.55 |
| | | | | FlexibleSpending Acct - TASC | 20.83 | 520.75 |
| | | | | MetLife - Voluntary Life Ins | | 2.46 |
| | | | | MetLife Accidental Supplement Low | | 1.07 |
| | | | | MetLife Critical Illness Ins | | 5.48 |

| PTO<br>Balance: 50.17 Hours | EIT<br>Balance: 100.85 Hours | | | | | |
|---|---|---|---|---|---|---|
| 1,092.73<br>PAY RATE | 1,092.73<br>CURRENT EARNINGS | 268.93<br>CURRENT DED | 823.80<br>NET PAY | 29,280.90<br>YTD EARNINGS | 7,263.21<br>YTD DED | 22,017.69<br>YTD NET PAY |

TRIAL MODE - Click here for more information

| | | | | | | |
|---|---|---|---|---|---|---|
| Methodist Home of Alabama & NW Florida | | | Check No | | | |
| 1520 Cooper Hill Road | | | Date | | Amount | |
| Birmingham, AL 35210 | | | 7/9/2021 | | 424.54 | |

Pay

**Four Hundred Twenty Four AND 54/100 DOLLARS**

TO THE ORDER OF

Thomas H Jackson
5890 Whitewood Circle
Hoover, AL 35244

**Check Copy – Non Negotiable**

| Methodist Home of Alabama & NW Florida | | 1520 Cooper Hill Road | Birmingham, AL 35210 | | Phone: -10001 | |
|---|---|---|---|---|---|---|
| Thomas H Jackson | | MethodistHome DEPARTMENT | 6/27/2021-7/3/2021 PAY PERIOD | 7/9/2021 PAY DATE | CHECK NO | |
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
| Bonus | 0.00 | 500.00 | 500.00 | Alabama Regular IT | 24.23 | 1,236.26 |
| Planned PTO | | | 3,677.13 | Birmingham CT, Alabama Regular IT | 5.00 | 293.28 |
| Regular | | | 26,696.51 | Federal Regular Income Tax | 7.98 | 2,276.39 |
| | | | | Federal Regular Medicare Tax | 7.25 | 425.23 |
| | | | | Federal Regular Social Security Tax | 31.00 | 1,818.11 |
| | | | | BCBSEnh Employee Deduction | | 1,007.74 |
| | | | | FlexibleSpending Acct - TASC | | 541.58 |
| | | | | MetLife - Voluntary Life Ins | | 2.46 |
| | | | | MetLife Accidental Supplement Low | | 1.07 |
| | | | | MetLife Critical Illness Ins | | 5.48 |
| PTO Balance: 37.40 Hours | EIT Balance: 101.47 Hours | | | | | |
| 1,092.73 | 500.00 | 75.46 | 424.54 | 30,873.64 | 7,607.60 | 23,266.04 |
| PAY RATE | CURRENT EARNINGS | CURRENT DED | NET PAY | YTD EARNINGS | YTD DED | YTD NET PAY |

TRIAL MODE - Click here for more information

| | Methodist Home of Alabama & NW Florida<br>1520 Cooper Hill Road<br>Birmingham, AL 35210 | | Advice No  | |
|---|---|---|---|---|
| | | | Date<br>7/16/2021 | Amount<br>823.80 |

Pay **Eight Hundred Twenty Three AND 80/100 DOLLARS**

| | | | | |
|---|---|---|---|---|
| TO THE<br>ORDER<br>OF | Thomas H Jackson<br>5890 Whitewood Circle<br>Hoover, AL 35244 | Bank Routing No<br>XXXXX<br>XXXXX<br>XXXXX<br>XXXXX<br>XXXXX | Bank Account No<br>XXXXX<br>XXXXX<br>XXXXX<br>XXXXX<br>XXXXX | Payment Amount<br>420.00<br>248.80<br>55.00<br>44.00<br>26.00 |

**Direct Deposit Only**
**Non-Negotiable**

| Methodist Home of Alabama & NW Florida | | 1520 Cooper Hill Road | Birmingham, AL 35210 | | | Phone: -10001 |
|---|---|---|---|---|---|---|
| Thomas H Jackson (001048948) | | MethodistHome<br>DEPARTMENT | 7/4/2021-7/10/2021<br>PAY PERIOD | | 7/16/2021<br>PAY DATE | ADVICE NO |
| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
| Bonus | | | 500.00 | Alabama Regular IT | 43.69 | 1,279.95 |
| Planned PTO | 8.00 | 218.55 | 3,895.68 | Birmingham CT, Alabama Regular IT | 10.29 | 303.57 |
| Regular | 32.00 | 874.18 | 27,570.69 | Federal Regular Income Tax | 72.23 | 2,348.62 |
| | | | | Federal Regular Medicare Tax | 14.92 | 440.15 |
| | | | | Federal Regular Social Security Tax | 63.78 | 1,881.89 |
| | | | | BCBSEnh Employee Deduction | 43.19 | 1,050.93 |
| | | | | FlexibleSpending Acct - TASC | 20.83 | 562.41 |
| | | | | MetLife - Voluntary Life Ins | | 2.46 |
| | | | | MetLife Accidental Supplement Low | | 1.07 |
| | | | | MetLife Critical Illness Ins | | 5.48 |
| PTO<br>Balance: 32.63 Hours | | EIT<br>Balance: 101.87 Hours | | | | |
| 1,092.73<br>PAY RATE | 1,092.73<br>CURRENT EARNINGS | 268.93<br>CURRENT DED | 823.80<br>NET PAY | 31,966.37<br>YTD EARNINGS | 7,876.53<br>YTD DED | 24,089.84<br>YTD NET PAY |

TRIAL MODE - Click here for more information

| | | | | Check No | |
|---|---|---|---|---|---|
| | Methodist Home of Alabama & NW Florida<br>1520 Cooper Hill Road<br>Birmingham, AL 35210 | | | Date<br>7/23/2021 | Amount<br>424.54 |

Pay

**Four Hundred Twenty Four AND 54/100 DOLLARS**

TO THE
ORDER
OF

Thomas H Jackson
5890 Whitewood Circle
Hoover, AL 35244

**Check Copy – Non Negotiable**

| Methodist Home of Alabama & NW Florida | | 1520 Cooper Hill Road | Birmingham, AL 35210 | | Phone: -10001 |
|---|---|---|---|---|---|
| Thomas H Jackson | | MethodistHome<br>DEPARTMENT | 7/11/2021-7/17/2021<br>PAY PERIOD | 7/23/2021<br>PAY DATE | CHECK NO |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Bonus | 0.00 | 500.00 | 1,000.00 | Alabama Regular IT | 24.23 | 1,304.18 |
| Planned PTO | | | 3,895.68 | Birmingham CT, Alabama Regular IT | 5.00 | 308.57 |
| Regular | | | 27,570.69 | Federal Regular Income Tax | 7.98 | 2,356.60 |
| | | | | Federal Regular Medicare Tax | 7.25 | 447.40 |
| | | | | Federal Regular Social Security Tax | 31.00 | 1,912.89 |
| | | | | BCBSEnh Employee Deduction | | 1,050.93 |
| | | | | FlexibleSpending Acct - TASC | | 562.41 |
| | | | | MetLife - Voluntary Life Ins | | 2.46 |
| | | | | MetLife Accidental Supplement Low | | 1.07 |
| | | | | MetLife Critical Illness Ins | | 5.48 |

| PTO<br>Balance: 27.87 Hours | EIT<br>Balance: 102.38 Hours | | | | | |
|---|---|---|---|---|---|---|
| 1,092.73<br>PAY RATE | 500.00<br>CURRENT EARNINGS | 75.46<br>CURRENT DED | 424.54<br>NET PAY | 32,466.37<br>YTD EARNINGS | 7,951.99<br>YTD DED | 24,514.38<br>YTD NET PAY |

TRIAL MODE - Click here for more information

| | | | | Advice No | |
|---|---|---|---|---|---|
| | Methodist Home of Alabama & NW Florida<br>1520 Cooper Hill Road<br>Birmingham, AL 35210 | | | Date<br>7/23/2021 | Amount<br>823.80 |

### Eight Hundred Twenty Three AND 80/100 DOLLARS

Pay TO THE ORDER OF

Thomas H Jackson
5890 Whitewood Circle
Hoover, AL 35244



| Bank Routing No | Bank Account No | Payment Amount |
|---|---|---|
| XXXXX | XXXXX | 420.00 |
| XXXXX | XXXXX | 272.80 |
| XXXXX | XXXXX | 55.00 |
| XXXXX | XXXXX | 44.00 |
| XXXXX | XXXXX | 25.00 |

### Direct Deposit Only
### Non-Negotiable

| Methodist Home of Alabama & NW Florida | 1520 Cooper Hill Road | Birmingham, AL 35210 | | Phone: -10001 |
|---|---|---|---|---|
| Thomas H Jackson | MethodistHome<br>DEPARTMENT | 7/11/2021-7/17/2021<br>PAY PERIOD | 7/23/2021<br>PAY DATE | ADVICE NO |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| | | | | | 43.69 | 1,347.87 |
| Bonus | | | 1,000.00 | Alabama Regular IT | | |
| Planned PTO | | | 3,895.68 | Birmingham CT, Alabama Regular IT | 10.29 | 318.86 |
| Regular | 32.00 | 874.18 | 28,444.87 | Federal Regular Income Tax | 72.23 | 2,428.83 |
| Unplanned PTO | 8.00 | 218.55 | 218.55 | Federal Regular Medicare Tax | 14.92 | 462.32 |
| | | | | Federal Regular Social Security Tax | 63.78 | 1,976.67 |
| | | | | BCBSEnh Employee Deduction | 43.19 | 1,094.12 |
| | | | | FlexibleSpending Acct - TASC | 20.83 | 583.24 |
| | | | | MetLife - Voluntary Life Ins | | 2.46 |
| | | | | MetLife Accidential Supplement Low | | 1.07 |
| | | | | MetLife Critical Illness Ins | | 5.48 |

| PTO<br>Balance: 27.87 Hours | | EIT<br>Balance: 102.38 Hours | | | | |
|---|---|---|---|---|---|---|
| 1,092.73<br>PAY RATE | 1,092.73<br>CURRENT EARNINGS | 268.93<br>CURRENT DED | 823.80<br>NET PAY | 33,559.10<br>YTD EARNINGS | 8,220.92<br>YTD DED | 25,338.18<br>YTD NET PAY |

TRIAL MODE - Click here for more information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Methodist Home of Alabama & NW Florida<br>1520 Cooper Hill Road<br>Birmingham, AL 35210 | | | Advice No<br>Date<br>7/30/2021 | | Amount<br>865.71 | |

Pay TO THE ORDER OF

**Eight Hundred Sixty Five AND 71/100 DOLLARS**

Thomas H Jackson
5890 Whitewood Circle
Hoover, AL 35244

| Bank Routing No | Bank Account No | Payment Amount |
|---|---|---|
| XXXXX | XXXX | 420.00 |
| XXXXX | XXXX | 289.71 |
| XXXXX | XXXX | 80.00 |
| XXXXX | XXXX | 44.00 |
| XXXXX | XXXX | 25.00 |

**Direct Deposit Only**
**Non-Negotiable**

Methodist Home of Alabama & NW Florida    1520 Cooper Hill Road    Birmingham, AL 35210    Phone: -10001

Thomas H Jackson    MethodistHome DEPARTMENT    7/18/2021-7/24/2021 PAY PERIOD    7/30/2021 PAY DATE    ADVICE NO

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Bonus | | | 1,000.00 | Alabama Regular IT | 46.19 | 1,394.06 |
| Planned PTO | | | 3,895.68 | Birmingham CT, Alabama Regular IT | 10.93 | 329.79 |
| Regular | 40.00 | 1,092.73 | 29,537.60 | Federal Regular Income Tax | 86.31 | 2,515.14 |
| Unplanned PTO | | | 218.55 | Federal Regular Medicare Tax | 15.84 | 478.16 |
| | | | | Federal Regular Social Security Tax | 67.75 | 2,044.42 |
| | | | | BCBSEnh Employee Deduction | | 1,094.12 |
| | | | | FlexibleSpending Acct - TASC | | 583.24 |
| | | | | MetLife - voluntary Life Ins | | 2.46 |
| | | | | MetLife Accidental Supplement Low | | 1.07 |
| | | | | MetLife Critical Illness Ins | | 5.48 |

| PTO<br>Balance: 31.10 Hours | EIT<br>Balance: 102.88 Hours | | | | | |
|---|---|---|---|---|---|---|
| 1,092.73<br>PAY RATE | 1,092.73<br>CURRENT EARNINGS | 227.02<br>CURRENT DED | 865.71<br>NET PAY | 34,651.83<br>YTD EARNINGS | 8,447.94<br>YTD DED | 26,203.89<br>YTD NET PAY |

| | | | | Advice No | |
|---|---|---|---|---|---|
| | Methodist Home of Alabama & NW Florida<br>1520 Cooper Hill Road<br>Birmingham, AL 35210 | | | Date<br>8/6/2021 | Amount<br>823.80 |

**Eight Hundred Twenty Three AND 80/100 DOLLARS**

Pay TO THE ORDER OF

Thomas H Jackson
5890 Whitewood Circle
Hoover, AL 35244

| Bank Routing No | Bank Account No | Payment Amount |
|---|---|---|
| XXXX | XXXX | 420.00 |
| XXXX | XXXX | 280.00 |
| XXXX | XXXX | 47.80 |
| XXXX | XXXX | 44.00 |
| XXXX | XXXX | 25.00 |

**Direct Deposit Only**
**Non-Negotiable**

| Methodist Home of Alabama & NW Florida | 1520 Cooper Hill Road | Birmingham, AL 35210 | | Phone: -10001 |
|---|---|---|---|---|
| Thomas H Jackson | MethodistHome<br>DEPARTMENT | 7/25/2021-7/31/2021<br>PAY PERIOD | 8/6/2021<br>PAY DATE | ADVICE NO |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Bonus | | | 1,000.00 | Alabama Regular IT | 43.69 | 1,437.75 |
| Planned PTO | | | ⎯,⎯⎯⎯.68 | Birmingham CT, Alabama Regular IT | 10.29 | 340.08 |
| Regular | 40.00 | 1,092.73 | 30,630.33 | Federal Regular Income Tax | 72.23 | 2,587.37 |
| Unplanned PTO | | | 218.55 | Federal Regular Medicare Tax | 14.92 | 493.08 |
| | | | | Federal Regular Social Security Tax | 63.78 | 2,108.20 |
| | | | | BCBSEnh Employee Deduction | 43.19 | 1,137.31 |
| | | | | FlexibleSpending Acct - TASC | 20.83 | 604.07 |
| | | | | MetLife - Voluntary Life Ins | | 2.46 |
| | | | | MetLife Accidental Supplement Low | | 1.07 |
| | | | | MetLife Critical Illness Ins | | 5.48 |

| PTO<br>Balance: 34.32 Hours | EIT<br>Balance: 103.50 Hours | | | | | |
|---|---|---|---|---|---|---|
| 1,092.73<br>PAY RATE | 1,092.73<br>CURRENT EARNINGS | 268.93<br>CURRENT DED | 823.80<br>NET PAY | 35,744.56<br>YTD EARNINGS | 8,716.87<br>YTD DED | 27,027.69<br>YTD NET PAY |

TRIAL MODE - Click here for more information

| | Methodist Home of Alabama & NW Florida<br>1520 Cooper Hill Road<br>Birmingham, AL 35210 | | | | Advice No | | |
|---|---|---|---|---|---|---|---|
| | | | | | Date<br>8/13/2021 | | Amount<br>823.80 |

Pay

### Eight Hundred Twenty Three AND 80/100 DOLLARS

TO THE ORDER OF

Thomas H Jackson
5890 Whitewood Circle
Hoover, AL 35244

| Bank Routing No | Bank Account No | Payment Amount |
|---|---|---|
| XXXX | XXXX | 420.00 |
| XXXX | XXXX | 180.00 |
| XXXX | XXXX | 147.80 |
| XXXX | XXXX | 44.00 |
| XXXX | XXXX | 25.00 |

### Direct Deposit Only
### Non-Negotiable

| Methodist Home of Alabama & NW Florida | 1520 Cooper Hill Road | Birmingham, AL 35210 | | Phone: -10001 |
|---|---|---|---|---|
| Thomas H Jackson | MethodistHome<br>DEPARTMENT | 8/1/2021-8/7/2021<br>PAY PERIOD | 8/13/2021<br>PAY DATE | ADVICE NO |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Bonus | | | 1,000.00 | Alabama Regular IT | 43.69 | 1,481.44 |
| Planned PTO | 8.00 | 218.55 | 4,114.23 | Birmingham CT, Alabama Regular IT | 10.29 | 350.37 |
| Regular | 32.00 | 874.18 | 31,504.51 | Federal Regular Income Tax | 72.23 | 2,659.60 |
| Unplanned PTO | | | 218.55 | Federal Regular Medicare Tax | 14.92 | 508.00 |
| | | | | Federal Regular Social Security Tax | 63.78 | 2,171.98 |
| | | | | BCBSEnh Employee Deduction | 43.19 | 1,180.50 |
| | | | | FlexibleSpending Acct - TASC | 20.83 | 624.90 |
| | | | | MetLife - Voluntary Life Ins | | 2.46 |
| | | | | MetLife Accidental Supplement Low | | 1.07 |
| | | | | MetLife Critical Illness Ins | | 5.48 |

| PTO<br>Balance: 29.55 Hours | | EIT<br>Balance: 104.12 Hours | | | | |
|---|---|---|---|---|---|---|
| 1,092.73<br>PAY RATE | 1,092.73<br>CURRENT EARNINGS | 268.93<br>CURRENT DED | 823.80<br>NET PAY | 36,837.29<br>YTD EARNINGS | 8,985.80<br>YTD DED | 27,851.49<br>YTD NET PAY |

TRIAL MODE - Click here for more information

| | | | | | | |
|---|---|---|---|---|---|---|
| | Methodist Home of Alabama & NW Florida<br>1520 Cooper Hill Road<br>Birmingham, AL 35210 | | | Advice No<br>Date<br>8/20/2021 | | Amount<br>823.80 |

### Eight Hundred Twenty Three AND 80/100 DOLLARS

Pay

TO THE ORDER OF

Thomas H Jackson
5890 Whitewood Circle
Hoover, AL 35244

| Bank Routing No | Bank Account No | Payment Amount |
|---|---|---|
| XXXXX  | XXXXX | 420.00 |
| XXXXX | XXXXX | 180.00 |
| XXXXX | XXXXX | 147.80 |
| XXXXX | XXXXX | 44.00 |
| XXXXX | XXXX | 25.00 |

### Direct Deposit Only
### Non-Negotiable

| Methodist Home of Alabama & NW Florida | 1520 Cooper Hill Road | Birmingham, AL 35210 | | | Phone: -10001 |
|---|---|---|---|---|---|
| Thomas H Jackson | MethodistHome<br>DEPARTMENT | 8/8/2021-8/14/2021<br>PAY PERIOD | 8/20/2021<br>PAY DATE | | ADVICE NO |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Bonus | | | 1,000.00 | Alabama Regular IT | 43.69 | 1,525.13 |
| Planned PTO | | | 4,114.23 | Birmingham CT, Alabama Regular IT | 10.29 | 360.66 |
| Regular | 40.00 | 1,092.73 | 32,597.24 | Federal Regular Income Tax | 72.23 | 2,731.83 |
| Unplanned PTO | | | 218.55 | Federal Regular Medicare Tax | 14.92 | 522.92 |
| | | | | Federal Regular Social Security Tax | 63.78 | 2,235.76 |
| | | | | BCBSEnh Employee Deduction | 43.19 | 1,223.69 |
| | | | | FlexibleSpending Acct - TASC | 20.83 | 645.73 |
| | | | | MetLife - Voluntary Life Ins | | 2.46 |
| | | | | MetLife Accidental Supplement Low | | 1.07 |
| | | | | MetLife Critical Illness Ins | | 5.48 |

| PTO<br>Balance: 32.23 Hours | EIT<br>Balance: 104.52 Hours | | | | | |
|---|---|---|---|---|---|---|
| 1,092.73<br>PAY RATE | 1,092.73<br>CURRENT EARNINGS | 268.93<br>CURRENT DED | 823.80<br>NET PAY | 37,930.02<br>YTD EARNINGS | 9,254.73<br>YTD DED | 28,675.29<br>YTD NET PAY |

TRIAL MODE - Click here for more information