# Notice Recipients

District/Off: 1126–2    User: admin    Date Created: 08/25/2021
Case: 21–01996–DSC13    Form ID: 309I    Total: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Thomas H. Jackson, IV | 5890 Whitewood Circle | Hoover, AL 35244 | | |
| tr | Bradford W. Caraway | Chapter 13 Standing Trustee | P O Box 10848 | Birmingham, AL 35202–0848 | |
| aty | Ted Stuckenschneider, P.C | Ted Stuckenschneider, P.C. | 222 20th St N | Suite 400 | Birmingham, AL 35203 |
| 10722672 | Alabama Power Co | PO Box 2641 | Birmingham, AL 35291–0625 | | |
| 10722673 | Amazon.com | c/o Sychrony Bank | 170 Election Road #125 | Draper, UT 84020 | |
| 10722675 | American Express | PO Box 981537 | El Paso, TX 79998–1537 | | |
| 10722674 | American Express | c/o Midland Credit | 350 Camino De La Reina #100 | San Diego, CA 92108 | |
| 10722676 | Barclays Bank | PO Box 8801 | Wilmington, DE 19899–8801 | | |
| 10722670 | Best Buy | South Corporate Place | Mail Code 234 | Sioux Falls, SD 57108 | |
| 10722677 | Colonial Grand Apartments | MAA d/b/a) | 100 Riverchase Trail | Hoover, AL 35244 | |
| 10722678 | Comenity Capital Bank | Attn Bankruptcy Dept | PO Box 183043 | Columbus, OH 43218–3043 | |
| 10722679 | FedLoan Servicing | US Dept of Education | PO Box 69184 | Harrisburg, PA 17106 | |
| 10722671 | Internal Revenue Service | Bankruptcy Cases | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 10722680 | JP Morgan Chase | 201 N. Walnut Street 9th Fl | Wilmington, DE 19801 | | |
| 10722681 | PayPal | c/o Sychrony Bank | 170 Election Road #125 | Draper, UT 84020 | |
| 10722682 | T–Mobile | Bankruptcy Team | PO Box 53410 | Bellevue, WA 98015–5341 | |

TOTAL: 16