# Notice Recipients

District/Off: 1126–2      User: admin     Date Created: 08/26/2021
Case: 21–01996–DSC13     Form ID: def005     Total: 3

**Recipients of Notice of Electronic Filing:**
tr     Bradford W. Caraway     ctmail@ch13bham.com
aty     Ted Stuckenschneider, P.C     ts@stuckenlaw.com

                                                                                                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Thomas H. Jackson, IV     5890 Whitewood Circle     Hoover, AL 35244

                                                                                                      TOTAL: 1