United States Bankruptcy Court
Northern District of Alabama

In re:     Case No. 21-01996-DSC
Thomas H. Jackson, IV     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2     User: admin     Page 1 of 1
Date Rcvd: Aug 26, 2021     Form ID: def005     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas H. Jackson, IV, 5890 Whitewood Circle, Hoover, AL 35244-5406 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradford W. Caraway | ctmail@ch13bham.com  bhamch13@ecf.epiqsystems.com |
| Ted Stuckenschneider, P.C | on behalf of Debtor Thomas H. Jackson  IV ts@stuckenlaw.com |

TOTAL: 2

Def−005 [Notice to File Certification] (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:** Thomas H. Jackson IV  
**SSN:** xxx−xx−4686

**Case No.** 21−01996−DSC13  
**Chapter** 13

**Debtor(s)**

## NOTICE OF REQUIREMENT TO FILE A
## CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE
## (Official Form 423)

Notice is hereby given that, subject to limited exceptions, a Debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727) or chapter 13 (11 U.S.C. § 1328). Generally, financial course providers will file a certificate with the Court to indicate that the Debtor has completed the course.

If the course provider fails to file the certificate, a Debtor must complete and file Certification About a Financial Management Course (Official Form 423) pursuant to Federal Rule of Bankruptcy Procedure 1007(b)(7). If Rule 1007(b)(7) requires a Debtor to file Official Form 423 and a Debtor fails to do so, the Court will not enter a discharge and will close the case. If a Debtor subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form 423, the full reopening fee must be paid for filing the motion, and the fee cannot be waived. Depending on the circumstances, the Court may order the Debtor's attorney to pay the reopening fee instead of the Debtor.

Dated:   August 26, 2021

By:

Joseph E. Bulgarella, Clerk  
United States Bankruptcy Court