## 341 Meetings Results - September 22, 2021
## 9:30 AM

| Case # | Name | Hrg Result |
|---|---|---|
| 21-01880 | WATSON | CONT 10-6-2021 9:30 AM |
| 21-01168 | SIMS | CONT 9-29-2021 9:30 AM |
| 21-01867 | KIRKSEY | CONT 9-29-2021 9:30 AM |
| 21-01910 | LOMAX | CONT 9-29-2021 9:30 AM |
| 21-01924 | SAXTON | CONT 9-29-2021 9:30 AM |
| 21-01926 | MCLEOD | CONT 9-29-2021 9:30 AM |
| 21-01948 | GRIFFIN | CONT 9-29-2021 9:30 AM |
| 21-01968 | JACKSON | CONT 9-29-2021 9:30 AM |
| 21-01974 | IVY | CONT 9-29-2021 9:30 AM |
| 21-01980 | BOWEN | CONT 9-29-2021 9:30 AM |
| 21-01995 | NAYLOR | CONT 9-29-2021 9:30 AM |
| 21-01999 | ANDERSON | CONT 9-29-2021 9:30 AM |
| 21-02011 | WASHINGTON | CONT 9-29-2021 9:30 AM |
| 21-02023 | SMITH | CONT 9-29-2021 9:30 AM |
| 21-01789 | WEEMS | HELD |
| 21-01833 | MARTIN | HELD |
| 21-01870 | COLES | HELD |
| 21-01875 | WILLIAMS | HELD |
| 21-01877 | HENSON | HELD |
| 21-01895 | WHITE | HELD |
| 21-01899 | ORR | HELD |
| 21-01903 | SANDERS | HELD |
| 21-01905 | PENDLETON | HELD |
| 21-01909 | BICKHAM | HELD |
| 21-01911 | HOFER | HELD |
| 21-01913 | WOLFE | HELD |
| 21-01916 | PHIFFER | HELD |
| 21-01933 | CHATMAN | HELD |
| 21-01935 | HENRY | HELD |
| 21-01939 | ADAMSON | HELD |
| 21-01952 | WHALEN | HELD |
| 21-01954 | BOZEMAN | HELD |
| 21-01962 | DRAKE | HELD |
| 21-01964 | JOHNSON | HELD |
| 21-01965 | BOONE | HELD |
| 21-01966 | AMISON | HELD |
| 21-01967 | ALLEN | HELD |
| 21-01970 | SHEFFIELD | HELD |
| 21-01973 | HIGGS | HELD |
| 21-01976 | SAGER | HELD |
| 21-01981 | MARSH | HELD |
| 21-01983 | HOUSTON | HELD |
| 21-01986 | COWEN | HELD |
| 21-01991 | BLANKENSHIP | HELD |
| 21-01993 | SHIPP | HELD |
| 21-01994 | RICHARDSON | HELD |
| 21-01996 | JACKSON | HELD |
| 21-01998 | GUNN | HELD |
| 21-02000 | VASSER | HELD |

| Case | Name | Status |
|---|---|---|
| 21-02002 | FADDIS | HELD |
| 21-02003 | WARD | HELD |
| 21-02008 | WATTS | HELD |
| 21-02009 | KING | HELD |
| 21-02010 | CHATTER | HELD |
| 21-02013 | CORROTHERS | HELD |
| 21-02014 | SCOTT | HELD |
| 21-02015 | WILKINS | HELD |
| 21-02016 | HILL | HELD |
| 21-02017 | DIPIAZZA | HELD |
| 21-02018 | CONLEY/MCCURRY | HELD |
| 21-02020 | WILSON | HELD |
| 21-02025 | ALLEN | HELD |
| 21-02026 | LOVE | HELD |
| 21-02028 | STONE | HELD |
| 21-02029 | VANN | HELD |
| 21-01834 | WHITE | NOT HELD |