Case: 21-01996-DSC13        341 MEETING AND        341 Hearing: 09/22/2021
                                    CONFIRMATION HEARING     Confirmation Hearing: 10/26/2021
                                    BENCH SHEET

Debtor(s): JACKSON, IV, THOMAS H.                          XXX-CC-4686

*400 WK = 44 months*

Debtor Present at 341 meeting? (✓) Yes ( ) No    # of previous Chapter 13 cases in Southern Division _____
ID Provided? (✓) Yes ( ) No    Previous discharges: _____

Attorney: TED STUCKENSCHNEIDER, P.C.

CONFIRMATION: (✓) RECOMMENDED
                     ( ) NOT RECOMMENDED

Attorney Present at 341 meeting? (✓) Yes ( ) No

$ **400**    ( ) Weekly         ( ) Bi-Weekly
         ( ) Semi-Monthly   (✓) Monthly

Debtor Employer: METHODIST HOME OF ALABAMA
D.O. Sent:

For 60 months pursuant to the plan.
Plan payments by ( ) Payroll Deduction   (✓) Direct

Joint Debtor Employer:
D.O. Sent:

(✓) 100% plan
( ) Percentage plan to pay _____% to nonpriority unsecured claims.
( ) Pot plan to pay $ _____ to nonpriority unsecured claims.

Petition Filed: 08/25/2021

Attorney fee distribution pursuant to:

Proposed Plan Payments: 400.00 WEEKLY
Latest plan filed: 08/25/2021 #2
Amended plan payment: $ _____

Plan (✓)    Trustee recommendation ( )    Attorney agreed ( )

Total fee: $ **3700**

Confirmation Notes: _____

Amount paid prepetition: $ _____

Debtor present? ( ) Yes ( ) No
Attorney present? ( ) Yes ( ) No
(✓) Enter Confirmation Order

First installment: $ **2000**
Balance to be paid: $ **900** monthly for ____ months
Then: $_____ monthly for ____ months
Then: $_____ monthly for ____ months

**73,058.01**

341 MTG. CONCLUDED
SEP 22 2021

*TR* 341 meeting continued to _____ Reason: _____

NOTES FOR CONFIRMATION ORDER:
( ) Debtor orally moved in open court to amend plan payment amount and/or increase fixed payment(s).
( ) Trustee's Objection to Confirmation and Motion to Dismiss is _____.
( ) Trustee's Objection to Claim of Exemptions is _____.
( ) Objection to Confirmation filed by _____ is _____.
(✓) Debtor proposes to pay the Chapter 13 case filing fee through the Chapter 13 Trustee pursuant to Local Rule 1006-1(c).
( ) The Plan or Amended Plan sets out nonstandard provisions in Part 9.

SPECIAL PROVISIONS:
8/25/2021

## TO BE PAID THROUGH TRUSTEE

| Claim | Creditor Name | S/P/U | Adequate Protection Payment | Scheduled/ Claimed | Collateral Value in Plan | Unsecured Debt | Interest Rate | Fixed Monthly Payment | F.M.P Begins / Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| | AMAZON.COM | U | | 3,908.17 | | 3,908.17 | | | |
| 3 | AMERICAN EXPRESS | U | | 1,310.99 / 1301.99 | | 1,310.99 | | | |
| | AMERICAN EXPRESS | U | | 8,530.40 | | 8,530.40 | | | |
| | BARCLAYS BANK DELAWARE | U | | 16,965.06 | | 16,965.06 | | | |
| | BEST BUY  TV | S | 34.00 | 3,401.00 | 500.00 | | 4.0000 | 100.00 | 02/2022 / 3616.40  X 3b |
| | CHASE | U | | 4,344.12 | | 4,344.12 | | | |
| | COLONIAL GRAND AT RIVERCHASE TRAILS | U | | 1,700.00 | | 1,700.00 | | | |
| | COMENITY CAPITAL BANK | U | | 885.45 | | 885.45 | | | |

| Claim | Creditor Name | S/P/U | Adequate Protection Payment | Scheduled/ Claimed | Collateral Value in Plan | Unsecured Debt | Interest Rate | Fixed Monthly Payment | F.M.P Begins / Total Paid |
|---|---|---|---|---|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | P |  | 4,300.00 |  |  |  | 150 | 02/2022 |
|  | PAYPAL | U |  | 8,506.82 |  | 8,506.82 |  |  |  |
| 1 | TMOBILE | U |  | 1,000.00 /  1088.98 |  | 1,000.00 |  |  |  |
|  | *****TOTAL***** |  | 34.00 | 54,852.01 / 0.00 | 500.00 | 47151.01 |  | 250.00 | 0.00 |

X 28

## CONTINUING CLAIMS

| Claim | Creditor Name | Continuing Payment | Continuing Payment Beginning |
|---|---|---|---|
| 2 | FEDLOAN SERVICING | 300.00 | 9/2021 |

*18,000.00*

*(Clm Amt. 50,489.51)*

*Total fixed Pay / 550 m*

## UNLISTED CLAIMS

## DEBTS TO BE PAID DIRECT

| Claim | Creditor Name | Amount of Debt | Reason to be paid direct |
|---|---|---|---|
|  | ALABAMA POWER CO | 207.27 |  |

Notes: