# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE: **THOMAS H. JACKSON, IV,**    ) CASE NO.: 21-01996-DSC-13
     SSN:     XXX-XX-4686      )
                                  ) CHAPTER 13
                                  )
            **Debtor.**             )

## MOTION TO REDUCE PLAN PAYMENTS

       **COMES NOW** the Debtor, **Thomas H. Jackson, IV,** by and through his attorney, **Ted Stuckenschneider**, and files his **MOTION TO REDUCE PLAN PAYMENTS**, and for grounds therefore states as follows:

       1.     For the last two (2) years, the Debtor has been living with his parents, but he is now moving out on his own and will be incurring rent and utilities

       2.     He would like to reduce his payments from Four Hundred Dollars ($400.00) a week to Three Hundred Dollars ($300.00) a week, which will still pay the case out within the Sixty (60) months proposed

       **WHEREFORE, PREMISES CONSIDERED** Debtor prays for an **ORDER** reducing his payments to Three Hundred Dollars ($300.00) a week and for general relief.


                                    **/s/ Ted Stuckenschneider**
                                    **TED STUCKENSCHNEIDER**
                                    1804 7th Avenue North, Suite E
                                    Birmingham AL 35203
                                    Phone: (205) 324-5631

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 28th day of August, 2023 a copy of the foregoing document was served on the following:

**Bradford W. Caraway, Trustee**             **J. Thomas Corbett**
**PO Box 10848**                               **Bankruptcy Administrator**
**Birmingham AL 35202**                 **Robert S. Vance Federal Building**
                                            **1800 5th Avenue North**
                                            **Birmingham AL 35203**

**And All Creditors and Parties**
**On the attached Court Matrix**

By ECF Filing and/or by mailing a copy of the same United States Mail, properly addressed and First Class postage prepaid.


                                    **/s/ Ted Stuckenschneider**
                                    **TED STUCKENSCHNEIDER**

Label Matrix for local noticing
1126-2
Case 21-01996-DSC13
NORTHERN DISTRICT OF ALABAMA
Birmingham
Mon Aug 28 10:42:28 CDT 2023

U. S. Bankruptcy Court
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203-2111

Alabama Power Co
PO Box 2641
Birmingham, AL 35291-0625

Amazon.com
c/o Sychrony Bank
170 Election Road #125
Draper, UT 84020-6425

American Express
PO Box 981537
El Paso, TX 79998-1537

American Express
c/o Midland Credit
350 Camino De La Reina #100
San Diego, CA 92108-3007

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Barclays Bank
PO Box 8801
Wilmington, DE 19899-8801

Best Buy
c/o CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Colonial Grand Apartments
MAA d/b/a)
100 Riverchase Trail
Hoover, AL 35244-2933

Comenity Capital Bank
Attn Bankruptcy Dept
PO Box 183043
Columbus, OH 43218-3043

Edfinancial on behalf of US Dept. of Educati
120 N. Seven Oaks Dr.
Knoxville, TN 37922-2359

FedLoan Servicing
US Dept of Education
PO Box 69184
Harrisburg, PA 17106-9184

Internal Revenue Service
Bankruptcy Cases
PO Box 7346
Philadelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PayPal
c/o Sychrony Bank
170 Election Road #125
Draper, UT 84020-6425

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124-8848

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

(p)CHAPTER 13 STANDING TRUSTEE
ATTN BRADFORD W CARAWAY
PO BOX 10848
BIRMINGHAM AL 35202-0848

Ted Stuckenschneider P.C
Ted Stuckenschneider, P.C.
1804 7th Avenue North
Suite E
Birmingham, AL 35203-2201

Thomas H. Jackson IV
5890 Whitewood Circle
Hoover, AL 35244-5406

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JP Morgan Chase
201 N. Walnut Street 9th Fl
Wilmington, DE 19801

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

T-Mobile
Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-5341

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

End of Label Matrix
Mailable recipients     25
Bypassed recipients      0
Total                   25